# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**PETER JOSEPH DOUGHERTY, JR.**                                    **PETITIONER**

**v.**                                         **CAUSE NO. 1:18CV137-LG-FKB**

**JACQUELYN BANKS**                                               **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
## AND GRANTING MOTION TO DISMISS HABEAS PETITION

**BEFORE THE COURT** is the [8] Report and Recommendation entered by
Magistrate Judge F. Keith Ball on December 10, 2018. Judge Ball recommends that
the [6] Motion to Dismiss filed by the respondent should be granted and that the
habeas corpus petition filed by Peter Joseph Dougherty, Jr., should be dismissed
with prejudice as untimely. The record reflects that the Court mailed a copy of the
Report and Recommendation to Dougherty, but Dougherty has not filed an objection
to the Report and Recommendation. Dougherty also did not respond to the [6]
Motion to Dismiss.

Where no party has objected to the Magistrate Judge's report and
recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. §
636(b)(1) ("A judge of the court shall make a de novo determination of those portions
of the report or specified proposed findings and recommendations to which objection
is made.") In such cases, the Court need only satisfy itself that there is no clear
error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415,
1420 (5th Cir. 1996). Having conducted the required review, the Court finds that
Judge Ball's Report and Recommendation is neither clearly erroneous nor contrary

to law.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [8] Report and Recommendation entered by Magistrate Judge F. Keith Ball on December 10, 2018, is **ADOPTED** as the opinion of the Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [6] Motion to Dismiss filed by the respondent is **GRANTED**. The habeas corpus petition filed by Peter Joseph Dougherty, Jr., is **DISMISSED WITH PREJUDICE** as untimely.

**SO ORDERED AND ADJUDGED** this the 14th day of January, 2019.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE